# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00011-CV

**In re Shakeel Mustafa**

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

Relator's motion for temporary relief and petition for writ of mandamus are denied.
*See* Tex. R. App. P. 52.8(a).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Filed:   January 26, 2018